```
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
FREDRICH HERIBERT BELIUNAS
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FREDRICH HERIBERT BELIUNAS,<br><br>        Defendant. | Case No.: CR-F-06-00360 JW<br><br>STIPULATION TO TRAVEL |

Defendant, Fredrich Heribert Beliunas, by and through his attorney, Anthony P. Capozzi, requests this Honorable Court to allow the Defendant to attend a rafting trip with his son on the Tuolumne River on August 22 - 26, 2006.  Said request is based upon the Declaration of Anthony P. Capozzi:

    1.    I am the attorney of record for the Defendant, Fredrich Heribert Beliunas.

    2.    Defendants pretrial conditions require that he not travel outside the Northern District of California without prior Court authorization.

/ / /

3. I have contacted Laura Weigel, the Defendant's Pretrial Officer (telephone (408)535-5230) and she does not oppose Mr. Beliunas' attending this trip.

4. I have also contacted the United States Attorney in this case, Susan Knight (telephone (408) 533-5056) and she does not oppose Mr. Beliunas attending this trip either.

5. Attached is a memo from Mr. Beliunas to this office with information regarding this trip.

6. Mr. Beliunas' next Court appearance is scheduled for September 18, 2006.

7. It is respectfully requested that the Defendant be allowed to attend this event with his son from August 22, 2006 to August 26, 2006.

Respectfully Submitted:

DATED: August 10, 2006

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant

**ORDER**

IT IS SO ORDERED:

DATED: August 17, 2006

HONORABLE JAMES WARE
U.S. DISTRICT COURT JUDGE

- 2 -

Stipulation to Travel

Attn: Mr Cappozzi                              7/20

My son and I would like to go on this rafting trip on Aug 24th thru the 26th on the Tuolumne River. I would be going through Fresno on my way. Mrs Weigels Phone # 408 ~~8~~ 535 5230 Fax # 408 535 5227 Please contact me as soon as possible. This trip is very important to my son and myself. Thank You

[signature]

RECEIVED
JUL 2 0 2006
BY:____

Total pages 6        Fred

*Aug 24th, 25th & 26th*

The following are important details for your river trip on the Tuolumne. The information will help to make your trip a safe, comfortable, and enjoyable one. Please call us if you have any questions.

La Casa Loma Store, Groveland, CA
9:00 AM





Our meeting place at La Casa Loma Store is 8 miles east of the town of Groveland on Highway 120. To reach Highway 120 from the Bay Area take 580 east to 205, which connects with 120.

From southern California follow the map above (short-cut) or take I-5 north to Highway 120 East. Please check a map and carry it with you in your car.

Stay on Highway 120 through Groveland and proceed 8 miles to Ferretti Road (this is the second Ferretti Road option and not the one in town). Make a left turn onto Ferretti Road and another immediate left turn onto La Casa Loma Road. The La Casa Loma store is 100 feet down La Casa Loma Road.

If you plan on flying to the area, the closest commercial airports are Sacramento, Oakland, and San Francisco. You then need to rent a car to get to the meeting place. Small private planes can land locally at the Pine Mountain Lake Airport.

ECHO River Trips | (800) 652-3246 | www.echotrips.com

☐ Complete your registration form and sign the agreement. Please mail to ECHO or fax to (510) 652-3987.

☐ Plan for the unexpected with Travel Insurance.

☐ Equipment for your trip from River Traveler.

☐ Final payment due 30 days before your trip.

- Transportation from La Casa Loma to the river
- Transportation from the river back to La Casa Loma
- 1, 2, or 3 days of rafting on the Tuolumne
- All on-river meals
- Waterproof bag for your personal gear

- Meals and lodging before and after your trip
- Personal clothing and other miscellaneous items
- Sleeping bags and tents (available for $25)
- Guide gratuities (see last page)

Make reservations well in advance. ECHO does not make reservations or cover the cost of your room. Wherever you stay, please mention that you are on an ECHO trip. Prices based on double occupancy.

- Hotel Charlotte (209) 962-6455 (about $90)
- Groveland Hotel (209) 962-4000 (about $140-$180)

- Yosemite Westgate Motel (800) 253-9673 ($50 to $165)

- Best Western Sonora Oaks (209) 533-4400

Pines Campground, US Forest Service. Take your first right after the La Casa Loma River Store. This is a pleasant campground within a mile of our meeting place. No reservations.

Pine Mountain Lake Campground. Turn north on the first Ferretti Road in Groveland, and the entrance is on the left approximately 3 miles down Ferretti. Reservations are can be made by calling (209) 962-8625.

The head guide for your trip will meet you at La Casa Loma Store and you should be dressed in your river clothes. For two or three day trips, you will receive a large waterproof bag for packing your gear. If you have any extra items that you won't be taking on the river they should be locked in your car.

After everyone is packed, a 40-minute bus ride takes the group to put-in. At the river, the guides will loading gear and give a safety talk which will take about 45 minutes before the trip launches. Be sure to have a hearty breakfast.

The pace of your river trip is very dependent on the water level! All trips cover 18 miles of river from Meral's Pool to Ward's Ferry. One-day trips occur only in the early spring when the water is high and the weather tends to be cool. It is a long day on the river with only a stop for lunch. Two-day trips set a more leisurely river pace but have very little time for exploration. Three-day trips offer more time for exploration and relaxation.

There is a stop mid-day for lunch. On two or three day trips, we reach camp in the mid to late afternoon. Upon arrival there is free time to set up camp and relax before dinner is served. If you are new to camping the guides will be happy to help you.

In most "normal" years, the water in the Tuolumne River drainage is controlled by upstream dam releases. The schedule of water releases varies from month to month, but we often schedule the second day of our trips with morning activities while we wait for the water to reach our camps.

The trip ends in the late afternoon at Ward's Ferry and a charter bus will take you back to your car at the La Casa Loma Store. The ride takes about an hour, and you can expect to be back there between 4 and 6 PM. Since take-out times vary, we suggest you keep your evening plans flexible.

High water trips demand from all of us a greater level of preparation. It is important for these trip guests to be ready for high adventure!

- You should be in good physical condition
- You should be a good swimmer and comfortable in water
- You should be mentally prepared for excitement and adventure
- Wetsuits will be mandatory

ECHO River Trips | (800) 652-3246 | www.echotrips.com