KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-00360 JW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING CHANGE OF |
| ) | PLEA HEARING AND EXCLUDING |
| FREDRICH HERIBERT BELIUNAS, ) | TIME |
| ) | |
| Defendant. ) | |
| ) | SAN JOSE VENUE |
| ) | |

    The undersigned parties respectfully request that the change of plea hearing in the above-captioned case currently scheduled for September 18, 2006 be continued to December 4, 2006. This case was transferred from the Western District of Missouri, and Anthony Capozzi, who represents the defendant, needs additional time to negotiate a plea agreement with the United States Attorney's Office in the Western District of Missouri. In addition, the plea agreement must be approved by the United States Attorney's Office in this jurisdiction. Moreover, Mr. Capozzi will unavailable for approximately six to eight weeks because of a trial commencing in October. Therefore, the parties request that the hearing date be continued to December in order to afford all the involved parties to finalize an agreement. The parties also request an exclusion

STIPULATION AND [PROPOSED] ORDER
No. 06-00360 JW                     1

Case 5:06-cr-00360-JW  Document 6  Filed 09/15/2006  Page 2 of 2
Case 5:06-cr-00360-JW  Document 5  Filed 09/13/2006  Page 2 of 2

1  of time under the Speedy Trial Act from September 18, 2006 to December 4, 2006.  The parties
2  agree and stipulate that an exclusion of time is appropriate based on the defendant's need for
3  continuity of counsel and for effective preparation of counsel.
4  SO STIPULATED:                                    KEVIN V. RYAN
                                                     United States Attorney
5
6  DATED:_____              _____/s/_____
                                                     SUSAN KNIGHT
7                                                    Assistant United States Attorney
8
   DATED:_____              _____/s/_____
9                                                    ANTHONY P. CAPOZZI
                                                     Counsel for Mr. Beliunas
10
11     Accordingly, for good cause shown, the Court HEREBY ORDERS that the change of plea
12  hearing be continued from September 18, 2006 to December 4, 2006.
13     The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from
14  September 18, 2006 to December 4, 2006.  The Court finds, based on the aforementioned
15  reasons, that the ends of justice served by granting the requested continuance outweigh the best
16  interest of the public and the defendant in a speedy trial.  The failure to grant the requested
17  continuance would deny defense counsel reasonable time necessary for effective preparation,
18  taking into account the exercise of due diligence, and would result in a miscarriage of justice.
19  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§
20  3161(h)(8)(A) and (B)(iv).
21  SO ORDERED.
22
23  DATED: 09/14/06                    _____
24                                                     JAMES WARE
                                                       United States District Judge
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
No. 06-00360 JW                            2