KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-00360 JW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| FREDRICH HERIBERT BELIUNAS, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the sentencing hearing in the above-captioned case currently scheduled for March 19, 2007 be continued to May 7, 2007.  Anthony Capozzi, who represents the defendant, is unavailable on March 19th and needs additional time to prepare for sentencing.  Probation Officer Joshua Sparks does not object to the new date.

SO STIPULATED:                                       KEVIN V. RYAN
                                                                          United States Attorney


DATED:_____                          _____/s/_____
                                                                          SUSAN KNIGHT
                                                                          Assistant United States Attorney


DATED:_____                          _____/s/_____
                                                                          ANTHONY P. CAPOZZI
                                                                          Counsel for Mr. Beliunas

STIPULATION AND [PROPOSED] ORDER
No. 06-00360 JW                                              1

1  Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
2  hearing be continued from March 19, 2007 to May 7, 2007.
3  SO ORDERED.
4
5  DATED:__2/8/2007____                    _____
6                                           JAMES WARE
                                             United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
No. 06-00360 JW                        2