ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
FREDRICH HERIBERT BELIUNAS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FREDRICH HERIBERT BELIUNAS,<br><br>Defendant. | Case No.: CR-F-06-00360 JW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCING DATE<br><br>SAN JOSE VENUE |

The undersigned parties respectfully request that the Sentencing hearing in the above-captioned case currently scheduled for May 7, 2007 be continued to June 25, 2007. Due to newly discovered information regarding Mr. Beliunas' citizenship, Mr. Capozzi needs additional time to prepare for sentencing. Probation Officer Joshua Sparks does not object to the new date.

Respectfully Submitted:

DATED:   April 23, 2007

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant

DATED:   April 23, 2007

/s/ Susan Knight
SUSAN KNIGHT,
Assistant United States Attorney

- 1 -

Stipulation to Continue

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the Sentencing hearing be continued from May 7, 2007 to June 25, 2007.

**IT IS SO ORDERED:**

DATED:      April 24, 2007

　　　　　　　　　　　　　　　　　　　　　　　*James Ware*
　　　　　　　　　　　　　　　　　　　HONORABLE JAMES WARE
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE