KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:  (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

DENIED
Judge James Ware
6/22/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>FREDRICH HERIBERT BELIUNAS,<br><br>            Defendant. | No. 06-00360 JW<br><br>STIPULATION AND [PROPOSED]<br>ORDER VACATING SENTENCING<br>DATE AND SETTING STATUS<br>HEARING<br><br>SAN JOSE VENUE |

The undersigned parties respectfully request that the sentencing hearing in the above-captioned case currently scheduled for June 25, 2007 be continued to August 13, 2007 for a status hearing.  Earlier this week, Anthony Capozzi, who represents the defendant, notified the government that the defendant intends to withdraw his guilty plea because he was unaware of the immigration consequences of his guilty plea.  Both parties need time to investigate the defendant's claim and decide how to proceed in the case.  In addition, the government has ordered transcripts of the change of plea hearing that will take several weeks.  Finally, the government has notified Probation Officer Joshua Sparks, who conducted the presentence investigation in the case, regarding the defendant's intent to withdraw his plea and will continue

1   to keep him updated regarding the status of the case.

2   SO STIPULATED:                          KEVIN V. RYAN
                                            United States Attorney
3

4   DATED:_____                   _____/s/_____
                                            SUSAN KNIGHT
5                                           Assistant United States Attorney

6
    DATED:_____                   _____/s/_____
7                                           ANTHONY P. CAPOZZI
                                            Counsel for Mr. Beliunas
8

9        Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

10  hearing scheduled for June 25, 2007 remain on calendar for Judgment and Sentencing for June 25

11  2007 at 1:30 p.m.  The parties and defendant's appearance is required.

12  SO ORDERED.

13

14  DATED: June 25, 2007                   _____/s/ James Ware_____
                                            JAMES WARE
15                                          United States District Judge

STIPULATION AND [PROPOSED] ORDER
No. 06-00360 JW                              2