ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
FREDRICH HERIBERT BELIUNAS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FREDRICH HERIBERT BELIUNAS, ) <br> ) <br> Defendant. ) | Case No.: CR-F-06-00360 JW <br><br> STIPULATION TO TRAVEL |

Defendant, Fredrich Heribert Beliunas, by and through his attorney, Anthony P. Capozzi, requests this Honorable Court to allow the Defendant to travel to Southern California with his son from August 2 - 6, 2007.  Said request is based upon the Declaration of Anthony P. Capozzi:

1. I am the attorney of record for the Defendant, Fredrich Heribert Beliunas.

2. Defendant's pretrial conditions require that he not travel outside the Northern District of California without prior Court authorization.

3. Mr. Beliunas has contacted Laura Weigel, the Defendant's Pretrial Officer (telephone (408)535-5230) and I am informed that she does not oppose this request.

4. Assistant United States Attorney, Susan Knight (telephone (408) 535-5056) does not object to this request.

5. On July 17, 2007 a Request to Travel was filed with this court.

6. On July 30, 2007 this office contacted the Court regarding the request filed on July 17, 2007 as this office had not received a response.

   a. This office was advised that a Stipulation now needed to be filed because the Assistant United States Attorney had approved the original request.

7. Mr. Beliunas' next Court appearance is scheduled for August 13, 2007 at 12:30 p.m.

8. It is respectfully requested that the Defendant be allowed to travel to Southern California with his son from August 2, 2007 to August 6, 2007.

Respectfully Submitted:

DATED: July 30, 2007

         /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant

## ORDER

**IT IS SO ORDERED**:

Good cause having been shown, it his hereby ordered that the Defendant, Fredrich Heribert Beliunas, be allowed to leave the Northern District of California to travel with his son from August 2, 2007 to August 6, 2007. Further stipulations shall be filed in accordance to the Local Rules.

DATED: July __31__, 2007

_____
HONORABLE JAMES WARE
U.S. DISTRICT COURT JUDGE