ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
FREDRICH HERIBERT BELIUNAS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-06-00360 JW |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE SURRENDER DATE |
| vs. | SAN JOSE VENUE |
| FREDRICH HERIBERT BELIUNAS, | |
| Defendant. | |

FREDRICH HERIBERT BELIUNAS, by and through his legal counsel, Anthony P. Capozzi, does hereby respectfully request an extension of time to at least March 10, 2008, in which to report to the Bureau of Prisons. The Defendant is currently scheduled to self-surrender on February 4, 2008 at 2:00 p.m.

Assistant United States Attorney, Susan Knight does not object to this request.

This request is made pursuant to the need to complete treatment and payment on an injury to Mr. Beliunas' hand. (See Medical Information – Attached hereto as Exhibit A).

Mr. Beliunas is requesting an opportunity to continue working for at least one month in order to pay for his medical treatment and to allow him to finish his treatment with his current doctor before he leaves to begin his sentence.

Respectfully submitted,

DATED: January 28, 2008

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant

DATED: January 28, 2008

/s/ Susan Knight
SUSAN KNIGHT,
Assistant United States Attorney

## ORDER

IT IS SO ORDERED. Good cause having been shown, the Defendant, FREDRICH HERIBERT BELIUNAS, is hereby granted an extension of time to report to the custody of the Bureau of Prisons and his new date to report shall be _____March 10_____, 2008. at 2:00 PM

Dated: January __30__, 2008

*James Ware*

HONORABLE JAMES WARE
U.S. DISTRICT COURT JUDGE

CC: 1/C USMS

EXHIBIT A



Albert B. Doornik, M.D.
Allen B. Hershey, M.D.
Timothy R. Heyne, M.D.
Jeffrey A. Pratt, M.D.
Bert G. Tardieu, M.D
James K. Ushiba, M.D.
Willard B. Wong, M.D.

ORTHOPEDIC SURGERY
SPORTS MEDICINE
SPINE SURGERY
JOINT REPLACEMENT
FOOT AND ANKLE RECONSTRUCTION
HAND AND UPPER EXTREMITY SURGERY

January 16, 2008

Re: BELIUNAS, Friedrich
332 Raker Street
Salinas, CA 93901

To Whom It May Concern:

Mr. Beliunas was seen in the emergency room on January 14, 2008, in the evening. At that time, it was recognized that he had an infection of the right hand which was progressive and there was concerned for deep infection involving tendon and possibly the joint. It was determined that he would benefit from surgical washout of the abscess which had formed from a work-related injury with a large splinter piece. At the time of surgery, a splinter fragment measuring approximately 3-cm in length and approximately 2-mm in diameter was extricated from the wound which was then enlarged and explored. The patient was given intravenous antibiotics and placed on oral antibiotics. He will need to be followed closely over the next couple of weeks for wound evaluation to ensure healing.

Should you have any questions or concerns, please feel free to contact me.

Sincerely,


Jeffrey Pratt, M.D., MPH
Precision Orthopedics, Hand and Upper Extremity Surgery
240 San Jose Street
Salinas, CA 93901

Phone# 831-4842829

# FRED BELIUNAS GENERAL CONTRACTOR
## LIC. #642251
### RESIDENTIAL & COMMERCIAL

REMODELS & ADDITIONS * NEW CONSTRUCTION
ALL TYPES OF CARPENTRY * REPAIR * CONCRETE WORK AND SAW CUTTING
JACK HAMMERING * SANDBLASTING

---

Your Honor
January 21, 2008
U.S. Attorney

Re: Friedrich H. Beliunas

I am ordered to turn myself in on 2/4/08. I am requesting a 30 day extension to this order due to a work related accident that after 5 days required surgery for a progressive infection in my right hand. I want to be sure that it is completely healed. I am self employed and I did not renew my health insurance. My estimated costs for all medical procedures is $4500.00, I've paid $1500.00. I will also be able to pay the balance of this bill which is my responsibility with the 30 day extension.

Thank You, Respectfully,

*[signature]*

Friedrich H. Beliunas

332 RIKER STREET SALINAS, CA 93901
OFFICE (831) 771-1658 CELL (831) 809-8806

# INFORMATIONAL REFERENCE

1/14/08

- Professional fees are not included in the Hospital bill.
- You may be billed for the following:

records

* Physician Emergency services: Marina ER11393780

    Salinas Valley Emergency Medical Group
    (Cypress Healthcare Partners)
    100 Wilson Rd, Suite #100
    Monterey, Ca 93940 (831) 649-1000

* Diagnostic Imaging: Salinas Valley Radiology — Maria V. 796·3740 XT 117
    559 Abbott St
    Salinas, Ca 93901 (831) 424-8041
    (For Appointments)
    Business Office
    627 Brunken Ave
    Salinas, Ca 93901 (831) 796-3740

* PFT Screening:
    Drs. Rinderknecht & Klein
    1055 Los Palos Dr.
    Salinas, Ca 93901 (831) 757-2058

* Laboratory:
    Salinas Pathology Services
    535 E. Romie Ln, Unit #11
    Salinas, Ca 93901 (831) 758-1223

* Anesthesiology: Cypress Coast Anesthesiology  Debbie 117
    P.O. Box 28160
    Fresno, Ca 93729 (800) 585-0877

* Ambulance:
    West Med Ambulance
    Billing (877) 328-2275
    Fax: 209-966-2634

* Hospitalist:
    Billing Office (831) 649-1000
    Supplemental Provider Services, Inc
    P.O. Box 41761
    Philadelphia, PA 19101-1761

SVR

Rev 08.28.06

|  | ACCOUNT NO | AMOUNT DUE | DATE | PAGE 1 |
|---|---|---|---|---|
|  | PT0015944 | 280.00 | 01/17/08 |  |

FRIEDRICH H BELIUNAS
332 RIKER ST
SALINAS, CA 93901

<— Detach Here —>

Statement of: FRIEDRICH H BELIUNAS          PRECISION ORTHOPEDICS
Account Number: PT0015944                   240 SAN JOSE STREET
Statement Date: 01/17/08                    SALINAS, CA 93901

| DATE | * DESCRIPTION/LOCATION | TOTAL AMOUNT | INS BALANCE | PATIENT BALANCE |
|---|---|---|---|---|
| 01/16/08 | POST OP FU VISIT INCLUDED IN GLOBAL FEE / P | 0.00 | | |
| 01/16/08 | PAYMENT, SELF PAY CASH | -250.00 | | |
|  | TOTAL | | | -250.00 |
| 01/15/08 | OFFICE CONSULTATION DETAILED | 275.00 | | |
|  | TOTAL | | | 275.00 |
| 01/15/08 | DRAINAGE OF SKIN ABSCESS, SIMPLE OR SING | 255.00 | | |
|  | TOTAL | | | 255.00 |

\* ITEMS MARKED WITH AN ASTERISK HAVE BEEN          PATIENT BALANCE:         280.00
   BILLED TO YOUR INSURANCE COMPANY                 INSURANCE BALANCE:         0.00
                                                    TOTAL ACCOUNT BALANCE:   280.00

FOR BILLING & INSURANCE INFORMATION PLEASE CALL 831-757-3331
*PLEASE PAY "PATIENT PORTION" OF ACCOUNT BALANCE*

| PATIENT AGED BALANCES: | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS+ | TOTAL |
|---|---|---|---|---|---|---|
|  | 280.00 | | | | | 280.00 |

THE BALANCE DUE IS YOUR RESPONSIBILITY. PLEASE MAIL PAYMENT IN FULL TODAY.

```
H11393780       BELIUNAS,FRIEDRICH H

BCH DATE BCH SER DATE  USER    PROCEDURE BL# DESCRIPTION                      AMOUNT      TOTAL
01/15/08 140 01/14/08  ITALEM  13100047      EXPANDED PROBLEM/COMPLEX         1119.35   1119.35
01/15/08 139 01/14/08  ITALEM  41004185      FINGER                            212.50   1331.85
01/15/08 144 01/15/08  ITALEM  04090292      BACITRACIN 50,000U VIAL           297.50   1629.35
                                             (2X)
01/15/08 144 01/15/08  ITALEM  04091884      POLYMIXIN B SULF 500,000U         216.50   1845.85
                                             VIAL (2X)
01/15/08 144 01/15/08  ITALEM  04830105      BUPIVACAINE 0.25% 30ML             64.27   1910.12
01/15/08 141 01/15/08  ITALEM  08872686      CULT BACTERIAL;WOUND W ISO        248.55   2158.67
01/15/08 141 01/15/08  ITALEM  08920419      SURGICAL PATH GROSS LEVEL          44.10   2202.77
                                             I

                                                           End of report.  Press <Return>
```

*Estimated Charges*

2 SPACE

| LASTNAME: BELIUNAS | FIRSTNAME: FRIEDRICH | LOCATION: SS | ACCOUNT NO: N00338179 |
|---|---|---|---|
| Chief Complaint: (R) finger splinter x 5dys wood | | DOB: 05/02/61 AGE: 46 | DATE: 01/14/08 TIME IN: 1855 ROOM: TIME OUT: 7:36 |

Swollen tender pain radiates only in finger

HOME PHONE 831-771-1658

NEW PT [ ]  EST PT [X]  ENGLISH [X] SPANISH [ ] OTHER [ ]

BP 138/98  RESP __  P __  T 97.1  HT __  WT 232  PAIN 4 (1-10)  MA __

DOCTORS ON DUTY
GREENFIELD URGENT CARE
SALINAS URGENT CARE

---

**History of Present Illness:** As above.

**Past Medical History:** Tried to dig it out, then to squeeze it out. Now swollen & squeezing out pus. No fever

**OBJECTIVE:**
- GENERAL / HEENT
- Pt in NAD
- (R) index finger c̄ radiolat escharized round wd c̄ purulent discharge, at PIP
- No expressable FB (pt squeezing)
- Fusiform edema of joint & finger
- Finger flexion : okay
- No FB palpation

**ASSESSMENT:**
1. (R) IF PIP FB abc
2. Pyoarthrosis
3.

**PLAN/TREATMENT:**
1. Discussed c̄ on call ortho Dr Pratt —
2. pt to go to ER

**FOLLOW-UP:**
REFERRAL: yes c̄ Dr Pratt

**SUBJECTIVE - REVIEW OF SYSTEMS**
CONSTITUTIONAL, EYES, HENT, CARDIOVASCULAR, RESPIRATORY, GASTROINT, GENITOURINARY, MUSCULOSKELETAL, INTEGUMENTARY, NEUROLOGIC, ENDOCRINE, HEMO/LYMPHATIC, ALLERGIC/IMMUNO, PSYCHIATRIC

Habits: Smokes Y[ ] N[X]  ETOH: __

**MEDICATIONS:**
1. Rocephin 2gm IM
2. Doxycycline 100mg BID (#20)

@ Valsof 500mg
@ Glut
(R) wtd00?
L-04-2009
E-__

**MEDS/TX**

**ALLERGIES:** NKDA

TETANUS HX: __
VISUAL ACUITY: __
Right __/__ Correct __
Left __/__ Correct __
Both __/__ Correct __

radiolat aspect
Yes [ ] No [X]
VIS given [ ]
Date of VIS: __

CALL BACK
[ ] No answer
[ ] Improved  [ ] Same
[ ] Worse
Comments: __

**LAB SERVICES:**
1. wd Cx — aerobes + anaerobes

PHYSICIAN: (signature)

OGUCHI NKWOCHA, MD

```
DOCTORS ON DUTY
P.O. BOX 2300
SALINAS, CA 93902-2300
831-649-1000
```

|  | ACCOUNT NO | AMOUNT DUE | DATE |
|---|---|---|---|
|  | N00318179 | 0 | 01/14/08 |

```
FRIEDRICH H BELIUNAS          05/02/61

SALINAS, CA   93901
CARPENTERS                    563452070
```

DIAGNOSES  1)993.0

| SERVICE DATE | DOCTOR | DESCRIPTION | CHARGE | PAYMENT | CPT | DIAGNOSIS |
|---|---|---|---|---|---|---|
| 01/14/08 | Nkwocha, Oguchi H MD | OFFICE VISIT-ESTABLISHED PAT | 142.00 |  | 99214 | 1 |
|  |  | CASH PAYMENT THANK YOU |  | 142.00 |  |  |
| 01/14/08 | Nkwocha, Oguchi H MD | SERVICES PROVIDED IN AN URGE | 10.00 |  | S9088 | 1 |
|  |  | CASH PAYMENT-THANK YOU |  | 10.00 |  |  |
| 01/14/08 | Nkwocha, Oguchi H MD | ROCEPHIN 250 MG PER UNIT | 168.00 |  | IROC2 | 1 |
|  |  | CASH PAYMENT-THANK YOU |  | 168.00 |  |  |
| 01/14/08 | Nkwocha, Oguchi H MD | SUBQ/IM INJ THERAPEUTIC, DIAG | 84.00 |  | 90772 | 1 |
|  |  | CASH PAYMENT-THANK YOU |  | 84.00 |  |  |
| 01/14/08 | Nkwocha, Oguchi H MD | SPECIMEN HANDLING | 30.00 |  | 99000 | 1 |
|  |  | CASH PAYMENT-THANK YOU |  | 30.00 |  |  |
| 01/14/08 | Nkwocha, Oguchi H MD | SERVICES AFTER 6PM/WEEKEND/H | 35.00 |  | 99051 | 1 |
|  |  | CASH PAYMENT THANK YOU |  | 35.00 |  |  |
| 01/14/08 | Nkwocha, Oguchi H MD | DOXYCYCLINE / VIBRAMYCIN 100 | 15.00 |  | ODOXY | 1 |
|  |  | CASH PAYMENT THANK YOU |  | 15.00 |  |  |

```
                              TOTAL CHARGE:          484.00
                      TOTAL PATIENT PAYMENT:         484.00

** THIS IS AN INVOICE FOR TODAY'S SERVICES ONLY
** IT IS NOT A COMPLETE STATEMENT OF YOUR ACCOUNT
```

DATE OF SERVICE:
01/14/2008

DATE OF DICTATION:
01/15/2008

TIME OF VISIT:
2300 HOURS

CHIEF COMPLAINT:
Right swollen index finger.

HISTORY OF PRESENT ILLNESS:
This is a 46-year-old male who presents to the Emergency Department with a right swollen index finger, he has had for the past five days. He has a splinter in his finger which he cannot get out. He was initially seen at Doctors on Duty and was referred here to the ER for OR evaluation. The doctor there spoke with Dr. Pratt who is expecting him here in the hospital. The patient states that it has been getting more swollen and painful. At Doctors on Duty, the patient was given Rocephin and doxycycline. The patient is here for evaluation. He states it hurts when he bends his finger. He does not think it is in the joint line, but he is not sure. He states no other health history such as hypertension, asthma, or diabetes. He has no regular doctor and is currently taking no medications, other than the medications that were given prior to his arrival, the Rocephin and the doxycycline. He has a wound culture that was brought from the office that he has with him.

SOCIAL HISTORY:
He does smoke. He denies drug or alcohol use. He works as a carpenter.

REVIEW OF SYSTEMS:
CONSTITUTIONAL: There has been no weight loss.
HEENT: No complaints of headache.
CHEST: Denies any cough, wheezing, shortness of breath.
ABDOMEN: Denies any vomiting, nausea, abdominal pain, dysuria, or diarrhea.
NEUROLOGIC: No seizures or history of paresthesias or extremities.

PHYSICAL EXAMINATION:
VITAL SIGNS: Temperature: 97.6, pulse: 80, respiratory rate: 16, blood pressure: 134/95.
GENERAL: Otherwise a well-nourished, 46-year-old male here for evaluation of finger injury.

| SALINAS VALLEY MEMORIAL | PAT: BELIUNAS,FRIEDRICH H |
| HEALTHCARE SYSTEM | MR#: H0545581  ACCT#: H11393780 |
| 450 E. Romie Lane | ADM: 01/14/08  LOC/RM: |
| Salinas, CA | PROVIDER: Fajardo,Eric T MD |

*** EXTENDED EMERGENCY ROOM REPORT ***

Patient Care Inquiry **LIVE** (PCI: OE Database SAV)

Run: 01/18/08-14:22 by MARCERON,VICKI                    Page 1 of 2

SKIN: Warm, moist, and pink. No rashes seen.
HEENT: Head in the midline, normocephalic and atraumatic.
LUNGS: Lung fields clear.
HEART: Normal rate. No murmurs, rubs, or clicks.
ABDOMEN: Soft, supple, nontender. Normal bowel sounds.
RIGHT INDEX FINGER: Shows swelling and erythema at the DIP joint. No other signs of injury or trauma noted. X-ray of the finger does show what appears to be a foreign body that does show up on x-ray in the respected area of the erythema and edema.

EMERGENCY DEPARTMENT COURSE:
Evaluation of the patient: Found to have a foreign body to the right index finger and joint line as stated above. I spoke with Dr. Pratt, who comes in to evaluate the patient. The patient is to go to OR for foreign body removal.

DIAGNOSIS:
Right index finger with foreign body and underlying cellulitis secondary to the foreign body.

PLAN:
The patient is to be admitted to the OR.


DD: 01/15/2008 @ 00:45
DT: 01/15/2008 @ 02:24      _____
                            Clinton R. Pearl, P.A.
                            Eric T. Fajardo, M.D.
TMT - #1989  99079469


Pearl,Clinton R PA             (electronically signed) 01/18/08        0705

Fajardo,Eric T MD

SALINAS VALLEY MEMORIAL        PAT: BELIUNAS,FRIEDRICH H
HEALTHCARE SYSTEM              MR#: H0545581      ACCT#: H11393780
450 E. Romie Lane              ADM: 01/14/08      LOC/RM:
Salinas, CA                    PROVIDER: Fajardo,Eric T MD

                    ***  EXTENDED EMERGENCY ROOM REPORT  ***


Patient Care Inquiry **LIVE** (PCI: OE Database SAV)

Run: 01/18/08-14:22 by MARCERON,VICKI                              Page 2 of 2

1051226

DATE OF PROCEDURE:
01/15/2008

SURGEON:
Jeffrey A. Pratt, M.D.

ASSISTANT SURGEON:

ANESTHESIOLOGIST:
Sergio D. Estrada, M.D.

ANESTHESIA:
Local with sedation.

PREOPERATIVE DIAGNOSIS:
Right index finger infection.

POSTOPERATIVE DIAGNOSIS:
Right index finger infection.

OPERATION PERFORMED:
Right incision and drainage wash out of index finger.

ESTIMATED BLOOD LOSS:
Minimal.

IV FLUIDS:
Crystalloid.

COMPLICATIONS:
None.

DISPOSITION:
To PACU.

SPECIMEN:
Splinter.

INDICATIONS:
The patient is a 46-year-old male with a history of finger infection from work related injury where a splinter was injected into the finger developing over four to five days with increasing pain indicated for intervention.

INFORMED CONSENT:
I, the undersigned physician, hereby certify that I have

| SALINAS VALLEY MEMORIAL | PAT: BELIUNAS,FRIEDRICH H |
|---|---|
| HEALTHCARE SYSTEM | MR#: H0545581    ACCT#: H11393780 |
| 450 E. Romie Lane | ADM: 01/14/08    LOC/RM: |
| Salinas, CA 93901 | PROVIDER: Pratt,Jeffrey A MD |

*** OPERATIVE REPORT ***

Patient Care Inquiry **LIVE** (PCI: OE Database SAV)

Run: 01/18/08-14:21 by MARCERON,VICKI                          Page 1 of 3

discussed the procedure described in the consent form with this patient (or the patient's legal representative), including:

- The nature of the operation or procedure, including the surgical site and laterality if applicable;
- The risks, benefits or effects of the procedure;
- Any adverse reactions that may reasonably be expected to occur;
- Any alternative efficacious methods of treatment which may be medically viable and their associated benefits or effects, and their possible risks and complications;
- The potential problems that may occur during recuperation;
- The likelihood of achieving treatment goals; and
- Any research or economic interest I may have regarding this treatment;
- Any limitations on the confidentiality of information learned from or about the patient.

DESCRIPTION OF OPERATION:
The patient was identified in the Emergency Room by his own account and medical records, the right index finger was identified as the operative site. The patient underwent informed consent with risks, benefits and alternatives discussed to include but not limited to infection, bleeding, injury to artery, nerve or tendon.

The patient was taken to the operating theater where anesthesia established conscious sedation. Patient was given a localized block after sterilization of the skin with 25% Marcaine, 2% lidocaine. Patient was prepped and draped in standard surgical fashion. Attention was turned to the index finger where a midline incision was made on either side of the area of concern. Just prior to initiation the patient physically squeezed the finger and the splinter, approximately 3 cm in length and caliber approximately .5 mm to a 1 mm was expelled. The incision was carried through the skin down to the level of the superficial fascia and down to the level of the flexor tendon following the tract of the infection. Once this was opened up and the area was irrigated with 4 liters of fluid with Polymyxin bacitracin fluid. Once irrigation was complete, and the skin around the sinus tract was d brided and excised the ends of the wound were closed and a Penrose drain was placed deep and sutured to the skin. Sterile dressing applied.

CONDITION AT COMPLETION OF PROCEDURE:
The patient was gently woken and taken to Recovery Room in stable condition having tolerated the procedure well.

COUNTS:
All counts were correct at the end of the case.

(electronically signed)
DD: 01/15/2008 @ 01:26

SALINAS VALLEY MEMORIAL         PAT:  BELIUNAS,FRIEDRICH H
HEALTHCARE SYSTEM               MR#:  H0545581      ACCT#:  H11393780
450 E. Romie Lane               ADM:  01/14/08      LOC/RM:
Salinas, CA 93901               PROVIDER: Pratt,Jeffrey A MD

*** OPERATIVE REPORT ***

Patient Care Inquiry **LIVE** (PCI: OE Database SAV)

Run: 01/18/08-14:21 by MARCERON,VICKI                        Page 2 of 3

DT: 01/15/2008 @ 12:35        Jeffrey A. Pratt, M.D.
lg - #1051226  00414691


Pratt,Jeffrey A MD              (electronically signed)    01/17/08    1336

SALINAS VALLEY MEMORIAL          PAT:  BELIUNAS,FRIEDRICH H
HEALTHCARE SYSTEM                MR#:  H0545581      ACCT#:  H11393780
450 E. Romie Lane                ADM:  01/14/08      LOC/RM:
Salinas, CA 93901                PROVIDER: Pratt,Jeffrey A MD

                          *** OPERATIVE REPORT ***



