ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
FRIEDRICH HERIBERT BELIUNAS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 5:06-CR-00360-JW |
| Plaintiff, | ) |
| vs. | ) UNOPPOSED MOTION TO CORRECT |
| | ) CLERICAL ERROR PURSUANT TO |
| | ) RULE 36 OF THE FEDERAL RULES |
| | ) OF CRIMINAL PROCEDURE; |
| | ) DECLARATION OF ANTHONY P. |
| | ) CAPOZZI; AND [~~PROPOSED~~] |
| FREDRICH HERIBERT BELIUNAS, | ) ORDER |
| Defendant. | ) |
| | ) Hon. Edward J. Davila |
| | ) Courtroom: 4 |

Friedrich Heribert Beliunas, Defendant in the above-entitled case, by and through counsel, moves this court, pursuant to Rule 36 of the Federal Rules of Criminal Procedure (Fed. R. Crim. P. 36), to correct the clerical error to reflect the fact that Defendant's true name should be spelled "**Friedrich Heribert Beliunas**", and not Fredrich Heribert Beliunas (See Exhibit "A").

Counsel for the Defendant has spoken with Susan Knight, Assistant United States Attorney, who has indicated the government's assent to the allowance of this motion.

1   WHEREFORE, Defendant respectfully urges the court to
2 correct the clerical error in this matter to accurately
3 reflect the fact that the Defendant's true spelling of his
4 name is "**Friedrich Heribert Beliunas.**"

**DECLARATION OF ANTHONY P. CAPOZZI**

I, Anthony P. Capozzi, declare that I am an attorney licensed to practice law in the State of California and is in good standing. This attorney has been the counsel of record for Defendant, Friedrich Heribert Beliunas.  I have personal knowledge of the facts stated below and could testify competently to them if required.

1. I was the attorney that represented Defendant in the above-entitled matter, Case No.: 5:06-CR-00360.

2. Due to a clerical error, the Defendant's name is spelled "Fredrich Heribert Beliunas."

3. Defendant has recently submitted an application for a social security card. The application was rejected because his true first name "Friedrich" does not match the name on the Federal Bureau of Prisons records, "Fredrich."

4. Defendant's true name is "Friedrich Heribert Beliunas."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this <u>22nd</u> day of <u>February</u>, <u>2013</u>, at <u>Fresno</u>, California.

```
DATED: February 22, 2013           Respectfully Submitted,


                                   /s/Anthony P. Capozzi
                                   Anthony P. Capozzi
                                   Attorney for,
                                   FRIEDRICH H. BELIUNAS
```

**ORDER**

**IT IS SO ORDERED.** Good cause having been shown, the court hereby corrects the true name finding of Defendant, "Friedrich Heribert Beliunas" to be "Friedrich Heribert Beliunas."

Date: February 26, 2013            _____
                                   United States District Judge